381 A.2d 909

Kurtz v. Tuscarora Association of Lot Owners et al.

Lowell, et al., Appeal.

Argued September 16, 1977. Newton C. Taylor, with him Robert B. Stewart, III, for appellants; Stewart L. Kurtz, appellee, *in propria persona,* submitted a brief; No appearance entered nor brief submitted for additional defendants.

Order affirmed.